**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**(337) 433-9403**

Joseph Richard Pousson  Jr.
Plauche', Smith & Nieset
P. O. Box 1705
Lake Charles LA 70602


**REHEARING ACTION: May 5, 2010**


**Docket Number: 09   00990-CA**

**SCOTT FERGUSON**
**VERSUS**
**LOEWER POWERSPORTS & EQUIPMENT, ET AL.**

**Appealed from Avoyelles Parish Case No. 2006-9694-A**


**BEFORE JUDGES:**

>   **Hon. John D. Saunders**
>   **Hon. Marc T. Amy**
>   **Hon. J. David Painter**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Loewer Powersports & Equipment and Federated Mutual**

**Insurance Company** has this day been

>   **DENIED.**


cc: Derrick G. Earles, Counsel for the Appellee